# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:17-CR-03102-BCW |
| ) | |
| DUSTIN S. PIPER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendations (Doc. #56) concerning Defendant's motion to suppress evidence. (Doc. #39). Defendant filed objections. (Doc. #57). The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendations. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendations be attached to and made part of this Order (Doc. #56). It is further

ORDERED Defendant's motion to suppress evidence (Doc. #39) is DENIED.

IT IS SO ORDERED.

DATED: <u>August 16, 2019</u>　　　　　　　　　<u>/s/ Brian C. Wimes</u>
　　　　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT